# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-92-JWD-RLB |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| ANTONIO FELIPE BELDA<br>a.k.a. "Tony Belda" | |

## MOTION TO CONTINUE RE-ARRAIGNMENT

**NOW INTO COURT**, comes **ANTONIO FELIPE BELDA**, through undersigned counsel, who respectfully submits this motion to continue re-arraignment in this matter from November 20, 2024 at 10:00 a.m. to a date at least 60 days from the filing of this motion. In support of his motion, Mr. BELDA represents as follows:

1.

Mr. BELDA is set for re-arriagnment on Wednesday, November 20, 2024 at 10:00 a.m.

2.

Mr. BELDA's infant son, Leo, has several diagnoses which include gross motor delay, speech delay, feeding difficulties, and most importantly, hypotonia. He is currently under the care of a pediatric neurologist for the hypotonia diagnosis.

3.

The Beldas have a pre-existing MRI scheduled for Leo with a neurologist at Our Lady of the Lake Children's Health with the Pediatric Neurology department at 8:00 a.m. on December 18, 2024. See Exhibit A and B. Dr. Chad M. Manuel, MD, will perform the procedure which will require sedation. Affixed to this pleading is the neurologist's narrative of Leo's diagnosis and plans for care. See Exhibit C.

4.

Mr. BELDA's only family relation who resides in Louisiana is his wife, Patricia Belda. Mrs. Belda works full time to support the family during the pendency of this matter. In the interim, Mr. BELDA has been the primary caretaker for their son and is responsible for coordinating Leo's weekly visits with three individual therapists for speech, physical, and occupational therapy.

5.

The results of the MRI may potentially reveal a serious neurological condition which may require surgical treatment or medical therapy, or at the very least follow ups with a neurologist. Put simply, this procedure and its implications are significant.

6.

As Mr. BELDA is set to enter a plea in this matter which will result in a remand into custody pursuant to 18 U.S.C. 3143(a)(2) and 3142(f), Mrs. Belda will be faced with great difficulty caring for their son during his recovery, continued therapy sessions, and balancing her work obligations.

7.

Mr. BELDA has entered into a signed plea agreement with the government in this matter. He intends to honor his agreement and proceed with a guilty plea at re-arraignment. Not only does he intend to enter his plea, the signed plea agreement binds him to not withdraw his plea.

8.

Importantly, this motion is not filed with the intent to delay these proceedings, but out of necessity for the welfare of the Beldas' infant son. Additionally, a continuance will allow for the Beldas to make the necessary arrangements for the future care of their son and for Mr. BELDA to put his affairs in order.

9.

Counsel has advised the government that it intends to file this continuance for the reasons stated herein and the government responded that it opposes this requested relief. After conveying its intentions to file for this continuance to ascertain the government's position, Assistant U.S. Attorney Edward Warner responded that, "[w]e not only oppose your motion to continue the guilty plea, but we are also alerting you that **we will file the motion to revoke if you file a motion to continue the guilty plea.**" Counsel asked the Assistant U.S. Attorney for clarification as to why the government opposed the continuance and urged reconsideration. The Assistant U.S. Attorney's response was, "[w]e won't reconsider and we've stated our position."

**WHEREFORE,** defendant **ANTONIO FELIPE BELDA** hereby moves the Court for an Order continuing re-arraignment in this case from November 20, 2024 at 10:00 a.m. to a new date at least 60 days from the filing of this motion.

**RESPECTFULLY SUBMITTED,**

**s/ David J. Rozas**
David J. Rozas
Bar Roll No. 29505
**ROZAS AND ASSOCIATES, LLC**
7697 Office Park Blvd.
Baton Rouge, Louisiana 70809
Telephone: (225) 478-1111
Facsimile: (225) 246-7005
E-mail: david@rozaslaw.com

**s/ Eric H. Hayes**
Eric H. Hayes
Bar Roll Number: 39208
**ROZAS AND ASSOCIATES, LLC**
7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Telephone: (225) 478-1111
Facsimile: (225) 246-7005
E-mail: eric@rozaslaw.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-92-JWD-RLB |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| ANTONIO FELIPE BELDA<br>a.k.a. "Tony Belda" | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 14, 2024, a copy of the foregoing *Motion to Continue Re-arraignment* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the Assistant United States Attorney of record in this matter by operation of the court's electronic filing system.

                                                      s/Eric H. Hayes
                                                      Eric H. Hayes