UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-92-JWD-RLB |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| ANTONIO FELIPE BELDA<br>a.k.a. "Tony Belda" | |

### ORDER

Before the Court is a *Motion to Continue Re-Arraignment* filed by the Defendant Antonio Felipe Belda.

Having considered the *Motion to Continue Re-Arraignment*, and the reasons stated herein, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the RE-ARRAIGNMENT in the above-captioned matter is continued from November 20, 2024 to _____, \_\_\_\_\_, 202\_ at \_\_ \_\_.M.

BATON ROUGE, LOUISIANA, this \_\_\_\_ day of November, 2024

_____
HONORABLE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE