# Appointment Details (Leo)

### MRI BRAIN WO CONTRAST W SED

Wednesday December 18, 2024
8:00 AM CST

Add to calendar

OUR LADY OF THE LAKE CHILDREN'S HOSPITAL - MRI

8300 Constantin Blvd
BATON ROUGE LA 70809-3489
225-374-1454

## Prepare for Your Visit

Want an earlier time?  Get on the Wait List

All questionnaires for this appointment will be available for you to answer on Wednesday December 11, 2024.

Cancel appointment