Lab document for Leo Belda for the following tests and procedures:
MRI BRAIN WO CONTRAST.

Our Lady of the Lake Children's Health Pediatric Neurology
8200 Constantin Blvd
Suite 210
BATON ROUGE LA 70809-3481
Phone:  225-374-4325
Fax:  225-374-1614

**Patient**:
Leo Belda
1656 BELMONT AV
BATON ROUGE LA 70808
Phone: 225-854-0031

MRN:  4116413
DOB:  5/17/2023

Sex:  M

| INSURANCE | PAYOR | PLAN | GROUP # | SUBSCRIBER ID |
|---|---|---|---|---|
| **Primary:** | BLUE CROSS | BLUE CROSS OUT OF STATE | PT5632 | T7T800952295 |

Not on File

Order Date:  Sep 27, 2024


**MRI Brain without Contrast**      (Order ID: 492084774)
**Diagnosis**:  Hypotonia (R29.898 [ICD-10-CM])
**Priority:**  Routine       **Expiration Date:**  3/27/2026       **Interval**:                                   **Count**:
*What is the patient's sedation requirement? Sedation*
*Pacemaker/AICD? No Pacemaker or AICD*
*Protocol for Tech: Routine Brain*
*Release to patient: Automatic Release*
**Specimen Source:**
**Specimen Type:**

Decision Support: Score: Not Validated
Session ID: 424767241
CDS Identifier: Change Healthcare CareSelect (G1004)
Adherence Indication: No Criteria Available (MG)


Ordered by: Manuel, Chad M, MD
Authorized by:  Manuel, Chad M, MD   (NPI: 1861924284)

Electronically Signed by:  Manuel, Chad M, MD