# Progress Notes

Chad Manuel, MD at 9/27/2024  1:00 PM



Our Lady Of The Lake Children's Health Pediatric Neurology
8200 Constantin Blvd, Floor 2, Suit 210
Baton Rouge, LA 70809
(225) 765-5500 (O) | (225) 374-1614 (F)

**Pediatric Neurology**
**Clinic Consultation Note**

**DATE OF SERVICE:**  9/27/2024

**PATIENT**:  Leo Belda
**DOB**:  5/17/2023
**MRN**:  4116413

**Referring Provider**:  Calandro, Mindy L, MD
**Primary Care Provider:** Calandro, Mindy L, MD

**History of Present Illness:**
The patient is a 16-month-old male presenting with concerns of hypotonia and developmental delay. The patient's hypotonia was first noted shortly after birth with low muscle tone observed during early pediatric visits. By nine months of age, significant developmental delays in reaching milestones such as head control were identified. Referral to physical therapy was made due to persistent head lag upon lifting the arms.

Interventions for hypotonia and developmental delay have included physical therapy, as well as occupational therapy due to difficulties with sensory processing such as food aversion and reluctance to touch food. Speech therapy was also initiated to support the development of communication skills, although minimal verbal communication is currently observed, with no discernible words being spoken yet. Progress has been noted in gross motor skills, including recent capabilities such as clapping and army crawling. The patient demonstrates the ability to process and respond to certain commands, such as clapping hands, after a brief delay.

This history is characterized by slow but noticeable progress in developmental milestones, as noted by the family's observation of an increase in strength and engagement over time. The patient, however, demonstrates rapid fatigue, suspected due to beta-thalassemia, and requires regular naps. Although there has been no loss of skills, concern remains regarding his persistent low muscle tone, prompting the current neurological evaluation.

**Current medications:**
None

**Family History:** - Paternal history of beta thalassemia
- No family history of muscle weakness or developmental delays

**Review of Systems**
ROS: The following systems were reviewed with pertinent positives and negatives documented in the HPI:
-Constitutional, Eyes, Musculoskeletal, CV, Respiratory, GI, GU, Skin, Neurological, Psychiatric

Objective

There were no vitals taken for this visit.

**Physical Exam**
**General:**
No acute distress
No dysmorphic facial features

**Skin:**
No obvious birth marks

**CV:**
warm and well perfused

**Mental Status:**
Alert, reactive
Babbling

**Cranial Nerves:**
PERRL
Tracks objects well
Face symmetric
Unable to assess hearing
Palate elevates symmetrically
Unable to assess shoulder shrug or head turn d/t age
Tongue midline

**Motor:**
truncal and upper and lower extremity tone decreased throughout
Moves all extremities antigravity and equally

**Reflexes:**
2+ brachioradialis bilaterally
2+ knee bilaterally
No clonus

**Sensory:**
Responds to touch in all extremities

**Coordination:**
No evidence for axial or appendicular ataxia
Unable to assess FNF or RAM d/t age

**Gait:**
Some difficulty standing even with support

Assessment

**Assessment:**
A 16-month-old male with a history of hypotonia and developmental delay presenting with ongoing concerns regarding muscle tone and developmental milestones. Given the persistent hypotonia and delays in gross motor functions and speech, both central and peripheral etiologies are considered. Central origins might include CNS malformations or developmental anomalies, whereas peripheral sources could be related to neuromuscular junctions or myopathies, such as muscular dystrophies. The patient has low to moderate hypotonia with mild progression in physical milestones, suggesting a possibly non-severe etiology. Given his progress with sensory integration, tactile challenges are notable but may be coincidental with his developmental state. Standardized genetic testing and an MRI will be undertaken to delineate underlying causes.

**Plan:**

**Assessment & Plan**

**Hypotonia**
The patient has demonstrated delays in meeting typical developmental milestones from early infancy. Initial engagement with physical therapy focused on improving head control and addressing hypotonia. Progress in gross motor function includes the initiation of army crawling and clapping hands, though there is notable latency in command response. He remains non-verbal but engages in gesture-based communication. The patient presents with tactile sensitivity and requires prompt regulation during sensory-rich activities. Overall slow yet positive progression in developmental skills, with a developmental trajectory appearing mildly delayed, consistent with the observed hypotonia.

Plan:
-MRI brain without contrast with sedation
-Invitae neuromuscular panel
-Follow-up in 3 to 4 months

**Developmental delay**

**Development delay**

Today's encounter took a total time of 45 minutes, and that time included preparing to see the patient (review records, tests), obtaining and/or reviewing separately obtained historical data, performing a medically appropriate examination and/or evaluation , counseling & educating the patient/family/caregiver treatment plan, and ordering medications, tests, and/or procedures.

The ambient tool was explained, and the patient has given consent to use ambient during visit.